# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| HECTOR RIOS VENEGAS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| WARDEN, ERO EL PASO CAMP | § | |
| EAST MONTANA; MARY DE ANDA- | § | |
| YBARRA, DIRECTOR OF THE EL | § | |
| PASO FIELD OFFICE, U.S. | § | |
| IMMIGRATION CUSTOMS | § | No.  3:26-CV-01332-LS |
| ENFORCEMENT; TODD M. LYONS, | § | |
| ACTING DIRECTOR U.S. | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; DAREN K. | § | |
| MARGOLIN, DIRECTOR OF THE | § | |
| EXECUTIVE OFFICE FOR | § | |
| IMMIGRATION REVIEW; | § | |
| MARKWAYNE MULLIN, | § | |
| SECRETARY OF THE DEPARTMENT | § | |
| OF HOMELAND SECURITY; AND | § | |
| TODD BLANCHE, ACTING | § | |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 2.

**SIGNED** and **ENTERED** on May 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**